IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA – ERIE DIVISION

| | | |
|---|---|---|
| JENNIFER BEUCHAT,<br>  Plaintiff | : | |
| v. | : | 1:19-CV-81 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, SCI MUNCY<br>  Defendants | : | |

**COMPLAINT**

NOW COMES the Plaintiff, Jennifer Beuchat, by counsel and for her complaint against the Defendants above named, respectfully represents:

## I.  Parties and Jurisdiction

1. Plaintiff is Jennifer Beuchat, an adult individual residing at 26738 Guys Mills Road, Meadville, Pennsylvania 16335, in the Erie Division of the Western District of Pennsylvania.

2. Defendant, Commonwealth of Pennsylvania, Department of Corrections is an agency of the Commonwealth of Pennsylvania maintaining an office and place of business within the Erie Division of the Western District of Pennsylvania.  The Commonwealth of Pennsylvania, Department of Corrections is an "employer" within the meaning of Title VII of the Civil Rights Act of 1964, as amended and, at all times relevant to this case, was the employer of the Plaintiff. Defendant has more than 500 employees.

3.     SCI Muncy is a division of the Defendant, Commonwealth of Pennsylvania, Department of Corrections and maintains it s place of business at 6454 PA State Route 405, Muncy, Pennsylvania 17756.

4.     This Court has jurisdiction of this case pursuant to 28 U.S.C. § 1331, this being a case arising under the Constitution, laws or treaties of the United States, and in particular, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 et seq.

5.     Venue is properly within the Erie Division of the Western District of Pennsylvania in that this is the District in which Plaintiff resides and in which Defendant Commonwealth of Pennsylvania, Department of Corrections resides.

6.     The matters complained of herein were the subject of complaints properly filed through the Commonwealth of Pennsylvania EEO process and through the Equal Employment Opportunity Commission at EEOC Charge Nos. 530-2018-02611, 530-2018-04928, and 530-2018-04932.  Notice of Right-to-Sue was issued within the past 90 days.

7.     Plaintiff has satisfied all conditions precedent to the filing of this action.

## II.     Factual Statement

8.     Plaintiff has been employed by the Department of Corrections in various capacities since the year 2000.

9.     As of October, 2017, Plaintiff held the rank of Corrections Officer 3 (Lieutenant).

10. On October, 27, 2017, Plaintiff was demoted from the rank of Corrections Officer 3 to Corrections Officer 1, at a considerable loss of pay, benefits and accrued retirement.

11. Plaintiff filed her EEOC complaint shortly thereafter.

12. After her demotion, Plaintiff was not paid in accordance with the appropriate pay schedule given her more than 17 years of service. She filed a complaint with the EEOC concerning this.

13. Thereafter Plaintiff was subjected to discrimination in her employee performance review. This was the subject of another EEOC complaint.

14. All the actions taken against the Plaintiff by Defendants were motivated by gender discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended and the Pennsylvania Human Relations Act 43 P.S. §§ 951-9563.

15. Plaintiff was demoted as a disciplinary measure, based on a claim of inmate abuse, for engaging in conduct less serious than the conduct of similarly situated male employees. Her demotion resulted from stepping on the foot of an inmate. Two similarly situated male employees were not disciplined for engaging in conduct posing a far more serious risk of harm to an inmate when they handcuffed a female inmate behind her back and placed her on her stomach, contrary to policy, which created a suffocation risk. During the same incident, these two male employees engaged in a strip search of the female inmate in violation of the Prison Rape elimination Act. The two employees were given informal, non-disciplinary counseling and were not demoted or otherwise disciplined for this egregious conduct.

16. Plaintiff has been subjected to unfavorable performance reviews based on her prior relationship with an employee who is now in a romantic relationship with her supervisor. Plaintiff's supervisor discriminates against Plaintiff in retaliation for her prior relationship with that individual.

17. Plaintiff was, after her demotion, not paid in accordance with the established pay schedule in retaliation for filing her EEO claim.

## Count I
### Gender Discrimination and Retaliation under Title VII of the Civil Rights Act of 1964, as Amended, 42 U.S.C. § 2000 et seq

18. Plaintiff incorporates herein by reference the averments of Paragraphs 1 through 14 of this Complaint as though fully set forth at length herein.

19. The actions of the Defendants have caused damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in the amount in excess of $75,000.00, together with a reasonable attorney's fee, expenses and costs of litigation and such other and further relief as the Court deems just, including an Order reinstating her to her prior rank of Corrections Officer 3, with back pay.

**Trial by Jury is hereby demanded**

## Count II
### Gender Discrimination and Retaliation under the Pennsylvania Human Relations Act

20. Plaintiff incorporates herein by reference the averments of Paragraphs 1 through 17 of this Complaint as though fully set forth at length herein.

21. The actions of the Defendants were undertaken in violation of the Pennsylvania Human Relations Act, 43 P.S. §§ 951-963.

22. As the result of the Defendants' violation of the Pennsylvania Human Relations Act, Plaintiff has suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount in excess of $75,000.00, together with such other and further relief as may be deemed appropriate, including reinstatement to her prior position of Corrections Officer 3 with backpay.

**Trial by Jury is hereby demanded**

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: s/ Timothy D. McNair

Timothy D. McNair, Esquire
821 State Street
Erie, PA  16501
814-452-0700
814-454-2371 fax
tmcnair@mcnairlaw.com